PETER YOULD (SBN 339155)
peter.yould@troutman.com
Ally Financial Inc.
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
5 Park Plaza, Suite 1400
Irvine, California 92614
Telephone: (949) 622-2700
Facsimile: (949) 622-2739

Attorney for Defendant
Ally Financial Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TAYLOR<br><br>         Plaintiff,<br><br>v.<br><br>ALLY FINANCIAL INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; and TRANSUNION, LLC.<br><br>         Defendants. | Case No. 8:23-cv-00976-CJC-DFM<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF JAMES TAYLOR AND ALLY FINANCIAL INC.** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT DEFENDANT ALLY FINANCIAL INC. ("ALLY") AND PLAINTIFF JAMES TAYLOR ("Plaintiff") have settled. Plaintiff intends to file a stipulation of dismissal with prejudice within sixty (60) days. Defendant files this notice with Plaintiff's approval and permission.

Dated: August 30, 2023

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

By: */s/ Peter B. Yould*
Peter B. Yould

Attorney for Defendant
Ally Financial Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2023, a copy of the foregoing **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF JAMES TAYLOR AND ALLY FINANCIAL INC.** was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

By:/s/ *Peter B. Yould*
Peter B. Yould

162077103